# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL S. BEATY,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | Case No. C17-6056 RSM<br><br>ORDER REMANDING CASE FOR CALCULATION OF BENEFITS |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The case is REMANDED to the Social Security Administration for the purpose of entering a finding of disability and calculation of benefits.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 16th day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1

ORDER
PAGE - 2